**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Case No.: 00-1183ADM/AJB

James C. Benimon,

Plaintiff,

vs.

General Mills, a Delaware corporation, Tom Boser, Cheryl Hoffman and Mike Johnson, jointly and individually.

Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

**STIPULATION FOR DISMISSAL**

The above-entitled action, having been fully compromised and settled by and between the Plaintiff and Defendants General Mills, a Delaware corporation, Tom Boser, Cheryl Hoffman and Mike Johnson, jointly and individually, the court orders the following.

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto mentioned above, through their respective counsel, that the above-entitled action between the Plaintiff and Defendants General Mills, a Delaware corporation, Tom Boser, Cheryl Hoffman and Mike Johnson, jointly and individually may be, and the same hereby is, dismissed with prejudice and on the merits, but without further cost to any of the parties hereto mentioned above.

Dated this 4TH day of March, 2001.

Jerrod M. Smith
Attorney ID #0260800
Attorney for Plaintiffs
310 Fourth Avenue South, Suite 400
Minneapolis, MN 55402
Telephone: 612-204-0416

Susan Sanger, 0147011
Attorney ID #0147011
Attorney for Defendants
General Mills
World Headquarters-Main Office
Number 1 General Mills Blvd.
Minneapolis, MN 55426
Telephone: (763)-764-7142

MAR 14 2001

FILED MAR 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER FOR DISMISSAL WITH PREJUDICE AND ORDER**

Based upon the foregoing Stipulation for Dismissal with prejudice for Plaintiff James Benimon, Defendants General Mills, a Delaware corporation, Tom Boser, Cheryl Hoffman and Mike Johnson, jointly and individually entered;

**IT IS HEREBY ORDERED:** That the above-entitled action, between Plaintiff and Defendants General Mills, a Delaware corporation, Tom Boser, Cheryl Hoffman and Mike Johnson, jointly and individually, including all claims interposed herein, is hereby dismissed with prejudice and on the merits but without further cost to any of the parties hereto mentioned above.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: March 14, 2001

Ann D. Montgomery
United States District Court Judge